UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-CR-20705-PAS

UNITED STATES OF AMERICA,

v.

DARRYL RICHARDSON,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Darryl Richardson's Second Motion for Early Termination of Supervised Release [DE 335]. The Court has considered the Motion, the Response, the Reply, the record, Mr. Richardson's conduct since release, and the 18 U.S.C. § 3553(a) factors. The Court commends Mr. Richardson for his resourcefulness[1] and valuable mentorship to the participants of this District's Court-Assisted Reentry Court ("CARE Court") since his graduation from that program. However, for the reasons below, the Motion must be DENIED without prejudice.

I.    BACKGROUND

The Court outlined Mr. Richardson's conviction, sentence, and graduation from CARE Court in its October 5, 2022 Order denying his first Motion for Early Termination. DE 334 at 1. Since then, Mr. Richardson continued taking classes at Miami-Dade College ("MDC") as part of the Culinary Arts program.[2] DE 335 at 2. He

---

[1] One of the many examples of Mr. Richardson's resourcefulness is his retention of counsel in the Georgia case, which led to the court's Order vacating his yearlong suspended sentence [DE 337-1].
[2] Mr. Richardson has earned 48 of 61 GPA Units attempted in his program at MDC. He anticipates that he will graduate in Spring 2024. Considering his success in English Composition 1, the Court is surprised that he did not pass English Composition 2 and hopes that this will be a learning opportunity for him.

1

also obtained part-time employment as a cook at Lorna's Caribbean and American Grill in Miami Gardens and has been working there since June 2023. *Id.*

II. ANALYSIS

Pursuant to 18 U.S.C. §3583(e)(1), a court may terminate supervised release after one year of supervision after considering the 18 U.S.C. §3553(a) factors, the defendant's conduct, and whether the interests of justice warrant such action.

Mr. Richardson has so much going for him and is so close to achieving his goals. At the same time, Mr. Richardson started his part-time job as a cook only this past month. DE 336 at 3. He also has additional credits to obtain to graduate from MDC. DE 335 at 2. In its Order denying his first Motion, this Court noted that it would reconsider a renewed motion "after Mr. Richardson graduates from the culinary program and secures full-time employment in his field." DE 334 at 2. The Court would like to ensure Mr. Richardson's stability and wants him to have the necessary resources to maintain his forward movement. In that light, his second Motion for early termination is premature. Therefore, it is

ORDERED that Defendant's Second Motion for Early Termination of Supervised Release [DE 335] is DENIED without prejudice.

DONE and ORDERED at Miami, Florida, this 25 day of July, 2023.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: All counsel of record
U.S. Probation Office